IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONG SEE, | 1:08-cv-00422 LJO GSA |
| | ORDER TO SHOW CAUSE |
| Plaintiff, | |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On March 17, 2008, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of his application for benefits. On March 24, 2008, the Court issued a Scheduling Order. The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint.

On May 7, 2008, Plaintiff filed a proof of service. According to the proof of service, on May 6, 2008, Plaintiff served, in accordance with Federal Rule of Civil Procedure 4(i), the Summons, Civil Cover Sheet, Complaint for Review of the Final Decision of the Commissioner of the Social Security Administration, and Consent by certified mail to the following:

1. Office of the U.S. Attorney, 2500 Tulare Street, Suite 4401, Fresno, CA 93721;

2. Office of the Attorney General, Department of Justice, 10th and Pennsylvania, NW, Washington, DC 20530; and

1

     3.     Commissioner of Social Security, Office of General Counsel, SSA, 6401 Security Building, Baltimore, MD 21235.

Pursuant to the Scheduling Order, Defendant was required to file and serve a copy of the administrative record on or about September 3, 2008.  Defendant has failed to file the administrative record and the parties have not stipulated to an extension of time for such filing.

     Therefore, Defendant is ordered to show cause why sanctions should not be imposed for failure to comply with the March 24, 2008 Scheduling Order.  Defendant is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this Order.

     Failure to respond to this Order to Show Cause within the time specified may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **October 10, 2008**          **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE