1

2

3

4

5

6

7

8

9

10          IN THE UNITED STATES DISTRICT COURT FOR THE

11                    EASTERN DISTRICT OF CALIFORNIA

12
TONG SEE,                          )          1:08-cv-422 GSA
13                                 )
                Plaintiff,         )          ORDER DISCHARGING
14                                 )          ORDER TO SHOW CAUSE
          vs.                      )
15                                 )
MICHAEL J. ASTRUE, Commissioner    )
16  of Social Security,            )
                                   )
17              Defendant.         )
_____)
18

19          On January March 17, 2008, Plaintiff filed the present action in this Court.  Plaintiff seeks

20  review of the Commissioner's denial of an application for benefits.  On July 1, 2009, the Court

21  issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an

22  opening brief in accordance with the Scheduling Order in this matter.

23          According to the parties, it is unclear whether the Commissioner of Social Security ever

24  responded to Plaintiff's confidential letter.  Based on the circumstances, the parties jointly request

25  that the briefing schedule be modified.   Accordingly, the order to show cause is hereby

26  DISCHARGED.  The parties' request to modify the Scheduling Order is GRANTED.  Plaintiff shall

27  file the opening brief be no later than August 10, 2009.  Defendant shall have 30 days from the filing

28                                          1

of Plaintiff's brief to respond.  Plaintiff shall have 15 days to file a reply if any.  All other orders in the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated:    **July 10, 2009**              _____ **/s/ Gary S. Austin** _____
                                          UNITED STATES MAGISTRATE JUDGE

2