IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONG SEE, ) | 1:08-cv-422 GSA |
| Plaintiff, ) | |
| ) | ORDER RE STIPULATION |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On August 7, 2009, the parties filed a Stipulation with this Court, seeking an extension of time.

**RELEVANT PROCEDURAL HISTORY AND DISCUSSION**

The complaint in this matter was filed on March 17, 2008. (Doc. 1.) Since that time, this Court has issued two orders to show cause. First, on October 10, 2008, the Court directed Defendant to show cause why sanctions should not be imposed for its failure to file the administrative record in this action. (Doc. 11.) Thereafter, a July 1, 2009, Order directed Plaintiff to show cause why the action should not be dismissed for Plaintiff's failure to file an Opening Brief. (Doc. 17.) On July 10, 2009, the parties filed a "Stipulated Response To Order To Show Cause" wherein it was stated "Plaintiff shall have 30 days from July 9, 2009

1

1  . . . to file an opening brief with the Court, Defendant shall have 30 days to respond to
2  Plaintiff's opening brief and Plaintiff shall have 15 days to file a reply, if any . . .." (Doc.
3  19.)  In the July 13, 2009, Order Discharging Order to Show Cause, this Court ordered that
4  Plaintiff was to file the Opening Brief "no later than August 10, 2009." (Doc. 20.)
5       As noted above, the parties filed a Stipulation seeking an extension of time on August
6  7, 2009.  More specifically, the stipulation provides that the parties agree "that [Plaintiff] be
7  granted [a] 30 day extension of time, until September 7, 2009, in which to serve Plaintiff's
8  Opening [B]rief.  All remaining actions under the scheduling order filed [] March 24, 2008,
9  shall proceed under the time limit guidelines set therein."  (*See* Doc. 21.)
10      The parties are advised that this Court will not entertain any further stipulation for extensions
11 of time absent a showing of good cause.  The stipulation of August 7, 2009 (Doc. 21) is GRANTED.
12 Thus, Plaintiff SHALL serve an Opening Brief on or before September 9, 2009 (August 10, 2009 +
13 30 days).

16      IT IS SO ORDERED.
17      Dated:   **August 7, 2009**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

2