Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONG SEE | ) | 1:08-CV-422 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a one week extension of time, until September 16, 2009, in which to serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, March 24, 2008, shall proceed under the time limit guidelines set therein.

/ /
/ /
/ /
/ /

1   Dated:  September 9, 2009       /s/ Sengthiene Bosavanh

2                                             SENGTHIENE BOSAVANH, ESQ.
Attorney for Plaintiff.

3

4   Dated: September 9, 2009       MCGREGOR SCOTT
United States Attorney

5

6                                             By: /s/ Elizabeth Firer
(as authorized via facsimile/e-mail)
ELIZABETH FIRER

7                                             Assistant Regional Counsel

8                                                     ORDER

9       The parties are advised that the Court will grant this extension of time request because it
10 is only for a one week period.  However, in accordance with the last order issued in this case on
11 August 10, 2009, no further extensions of time will be given without a showing of good cause as
12 there have already been numerous delays in this case. (Doc. 22).   Plaintiff's opening brief shall
13 be due no later than September 16, 2009.  All remaining actions under the scheduling order filed,
14 March 24, 2008 , shall proceed under the time limit guidelines set therein.

15

16     IT IS SO ORDERED.

17   **Dated:**   **September 9, 2009**       **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28