LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACQUELINE A. FORSLUND CSBN 154575
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8932
   Facsimile:  (415) 744-0134
   E-Mail: JacquelineA.Forslund@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| TONG SEE,                                    )<br>          Plaintiff,                          )<br>                       )<br>          v.                                    )<br>                       )<br>MICHAEL J. ASTRUE,             )<br>Commissioner of                       )<br>Social Security,                           )<br>                       )<br>         Defendant.                        )<br>_____) | CIVIL NO. 1:08-CV-422 LJO GSA<br><br>**STIPULATION AND PROPOSED ORDER** |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time to respond to Plaintiff's Opening Brief.  The current due date for the Commissioner's responsive brief was October 16, 2009.  The extension is needed because the undersigned Special Assistant United States Attorney was reassigned this case yesterday.  The new due date will be November 16, 2009.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

1
2                                      Respectfully submitted,
3  Dated: October 27, 2009              /s/ *Sengthiene Bosavanh*
4                                       (As authorized via telephone)
                                        SENGTHIENE BOSAVANH
5                                       Attorney for Plaintiff

6  Dated: October 27, 2009              LAWRENCE G. BROWN
7                                       United States Attorney
                                        LUCILLE GONZALES MEIS
8                                       Regional Chief Counsel, Region IX
                                        Social Security Administration
9
10                                      /s/ *Jacqueline A. Forslund*
                                        JACQUELINE A. FORSLUND
11                                      Special Assistant U.S. Attorney
                                        Attorneys for Defendant
12
13                                              **ORDER**
14
15
16
17
18
19
20     IT IS SO ORDERED.

       **Dated:   October 29, 2009**              **/s/ Gary S. Austin**
21                                           UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28