1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9                IN THE UNITED STATES DISTRICT COURT FOR

10                    THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  TONG SEE                    )
                                )       1:08-CV-422 LJO GSA
14                              )
            Plaintiff,          )       STIPULATION AND ORDER
15                              )
    vs.                         )
16                              )
    COMMISSIONER OF             )
17  SOCIAL SECURITY,            )
                                )
18          Defendant.          )
    _____)
19

20       IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be

21  granted a 30 day extension of time, until February 7, 2010 (since I am out of the country), in

22  which to submit written objections to the Findings and Recommendations regarding Plaintiff's

23  Social Security Complaint.  All remaining actions under the scheduling order filed, March 24,

24  2008, shall proceed under the time limit guidelines set therein.

25  / /

26  / /

27  / /

28  / /

1 | Dated:  January 6, 2010 | /s/ Sengthiene Bosavanh

2 | | SENGTHIENE BOSAVANH, ESQ.
3 | | Attorney for Plaintiff.

4 | Dated: January 6, 2010 | MCGREGOR SCOTT
  | | United States Attorney
5 |
6 | | By: /s/ Elizabeth Firer for Jacqueline Anna Forslund
  | | (as authorized via facsimile/e-mail/telephone)
  | | ELIZABETH FIRER for JACQUELINE ANNA
7 | | FORSLUND
  | | Assistant Regional Counsel
8 |

9 |

10 |

11 |     IT IS SO ORDERED.

12 |   **Dated:   January 7, 2010**            **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE
13 |